**Opinion issued June 25, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00530-CV

———————————

## IN RE HOMEOWNERS OF AMERICA INSURANCE COMPANY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Homeowners of America Insurance Company has filed a petition for writ of mandamus complaining of the trial court's failure to rule on a pending motion.[1] We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

### PER CURIAM

---

[1] The underlying case is *Guillermo Botello v. Homeowners of America Insurance Company*, cause number 2024-87414, pending in the 189th District Court of Harris County, Texas, the Honorable Tamika Craft-Demming presiding.

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.